**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AMERICAN GNC CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:19-cv-00174-JRG |
| | § | |
| TOYOTA MOTOR CORPORATION, | § | |
| TOYOTA MOTOR NORTH AMERICA, | § | |
| INC., TOYOTA MOTOR SALES, U.S.A., | § | |
| INC., and TOYOTA MOTOR | § | |
| ENGINEERING & MANUFACTURING | § | |
| NORTH AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO EXTEND TIME TO ANSWER, OR PLEAD
OR OTHERWISE RESPOND TO COMPLAINT**

COMES NOW, Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively "Defendants") and file this Agreed Motion to Extend Time to Answer, or Plead, or Otherwise Respond to Plaintiff American GNC Corporation's ("Plaintiff") Complaint, and would respectfully show unto the Court as follows:

Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. were served in this action on May 15, 2019. (Dkt. 7, 8, 9).

Defendant Toyota Motor Corporation is a Japanese entity that has not yet been formally served. Defendant Toyota Motor Corporation agrees, for the purposes of this action only, to forego the formalities of the Hague Service Convention and voluntarily appear in this action in

exchange for Plaintiff's agreement to extend the deadline for all Defendants to answer, or plead, or otherwise respond to the Complaint by 90 days.

Pursuant to the parties' agreement, Defendants hereby move the Court for an order setting September 3, 2019 as the deadline for all Defendants to answer, or plead, or otherwise respond to Plaintiff's Complaint in the above styled and numbered cause. Counsel for Defendants has conferred with counsel for Plaintiff in the above styled and numbered cause and Plaintiff agrees to the requested extension.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court enter an order extending the time for them to answer, or plead, or otherwise respond to Plaintiff's Complaint in the above styled and numbered cause to and through September 3, 2019 and for such other and further relief as to which they may show themselves justly entitled.

Dated:  June 5, 2019                                Respectfully submitted,

                                                    By: /s/ Clyde Siebman
                                                    Clyde M. Siebman
                                                    Texas Bar No. 18341600
                                                    Stephanie Barnes
                                                    Texas Bar No. 24045696
                                                    **SIEBMAN FORREST BURG & SMITH LLP**
                                                    300 North Travis
                                                    Sherman, Texas 75090
                                                    (903) 870-0070 – Telephone
                                                    (903) 870-0066 – Fax
                                                    clydesiebman@siebman.com
                                                    stephaniebarnes@siebman.com

                                                    *Counsel for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of June, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first-class mail.

By: /s/ Clyde Siebman
**SIEBMAN FORREST BURG & SMITH LLP**